UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| ANKIT SHARMA,<br><br>Petitioner,<br><br>v.<br><br>GARY STOLZER, Warden of<br>St. Genevieve Detention Center,<br><br>Respondent. | ) | No. 1:26 CV 176 RWS |

**MEMORANDUM AND ORDER**

On July 21, 2026, Petitioner Ankit Sharma filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, arguing that he has been unlawfully detained at the St. Genevieve Detention Center without a bond hearing in violation of the Fifth Amendment right to due process. On August 28, 2026, I granted Sharma's request for a bond hearing. On September 4, 2026, a bond hearing was held and Sharma was ordered release from custody under a bond.

Accordingly,

**IT IS HEREBY ORDERED that** the Clerk of Court shall close this case.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 10th day of September, 2026.